THE STATE EX REL. WHITTENBERGER, APPELLANT, *v.* CLARKE, CLERK OF COURTS, TUSCARAWAS COUNTY, APPELLEE.

[Cite as *State ex rel. Whittenberger v. Clarke* (2000), 89 Ohio St.3d 207.]

(No. 99–2267—Submitted April 25, 2000—Decided June 21, 2000.)

208

*Roy Whittenberger, pro se.*

*Amanda Spies Bornhorst,* Tuscarawas County Prosecuting Attorney, and *Scott J. Mastin,* Assistant Prosecuting Attorney, for appellee.

---

**Per Curiam.** We affirm the judgment of the court of appeals. A writ of mandamus will not be issued when there is a plain and adequate remedy in the ordinary course of the law. R.C. 2731.05; *State ex rel. Natl. Electrical Contractors Assn., Ohio Conference v. Ohio Bur. of Emp. Serv.* (1998), 83 Ohio St.3d 179, 183, 699 N.E.2d 64, 67. As the court of appeals held, Whittenberger had an adequate remedy by appeal to challenge the common pleas court's imposition of court costs.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.